UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

CASEY LEE CRAMPTON
MEGGAN MARIE BEEDING-CRAMPTON          Chapter 7
                                        Case No. 08-69528-WS.D
                    Debtor.             Hon: Walter Shapero.Detroit
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $3.19, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 2 | Orion Oxford Urgent Care<br>CSB<br>PO Box 316<br>Nile, MI 49120 | $1.71 |
| | **TOTAL:** | **$1.71** |

Dated:   12/14/09                       /s/ Stuart A. Gold
                                        Stuart A. Gold, Trustee
                                        24901 Northwestern Hwy., Ste 444
                                        Southfield, MI 48075-2223
                                        (248) 350-8220
                                        stuart.gold@7trustee.net